CO-386-online
10/03



# United States District Court
# For the District of Columbia

Three Lower Counties Community )
Health Services, Inc., )
)
)
             Plaintiff )
  vs )    (  Case: 1:07-cv-00844
)      Assigned To : Huvelle, Ellen S.
U.S. Department of Health and )      Assign. Date : 5/4/2007
  Human Services et al. )      Description: Admn. Agency Review
)
           Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Three Lower Counties Community Health Services, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __plaintiff__ which have any outstanding securities in the hands of the public: **NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Kathy S Ghiladi  5/4/07_
Signature

435484                          Kathy S. Ghiladi
BAR IDENTIFICATION NO.         Print Name

2001 L Street, N.W., 2nd Floor
Address

Washington, DC       20036
City                State       Zip Code

202-466-8960
Phone Number