UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THREE LOWER COUNTIES COMMUNITY HEALTH )
SERVICES, INC., *et al.* )
)
)
*Plaintiff,* )
)
v. ) Case No. 1:07-cv-00844
)
U.S. DEPARTMENT OF HEALTH AND HUMAN )
SERVICES, et al. )
)
)
*Defendants.* )

### ERRATA

Plaintiff, Three Lower Counties Community Services, Inc. ("TLC"), submits this Errata to correct the following inadvertent errors in its Complaint for Declaratory and Injunctive Relief:

1. Page 2, paragraph 3 – the reference to 1343(a)(3) and (4) should be replaced with 1346(a)(2).

2. Page 3, paragraph 5 - - a heading entitled "Class Action Allegations" should be inserted above paragraph 5.

Respectfully submitted,

Date: July 6, 2007

_____
James L. Feldesman (D.C. Bar No. 023796)
Kathy S. Ghiladi (D.C. Bar No. 435484)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)
*Attorneys for Plaintiff*

1