AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Three Lower Counties
  Community Services, Inc.
12137 Elm Street
Princess Anne, MD 21853

**SUMMONS IN A CIVIL CASE**

V.

U.S. Department of Health and Human Services
200 Independence Ave., S.W., Washington, DC 20201
   and
Michael Leavitt, Secretary
U.S. Department of Health and Human Services
200 Independence Avenue, S.W., Washington, DC 20201

CASE NUMBER: 1:07-cv-00844

TO: (Name and address of Defendant)

U.S. Department of Health and Human Services
c/o Jeffrey A. Taylor
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James L. Feldesman
Kathy S. Ghiladi
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., 2nd Floor
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

DATE: MAY - 8 2007

CLERK

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/8/07 |
| NAME OF SERVER (PRINT) Martin Wilson | TITLE Administrative Assistant |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served at his offices c/o Gary Nails at 4:15pm at 555 4th St., N.W., Wash., DC 20530

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/8/07
             Date

Signature of Server: [signed] Martin Wil...

Feldesman Tucker Leifer Fidell
2001 L St., N.W., #2nd Fl
Wash., DC 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.