AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Three Lower Counties
 Community Services, Inc.
12137 Elm Street
Princess Anne, MD 21853

**SUMMONS IN A CIVIL CASE**

V.

U.S. Department of Health and Human Services
200 Independence Ave., S.W., Washington, DC 20201
  and
Michael Leavitt, Secretary
U.S. Department of Health and Human Services
200 Independence Avenue, S.W., Washington, DC 20201

CASE NUMBER:  1:07-cv-00844

TO: (Name and address of Defendant)

Michael Leavitt, Secretary, U.S. Department of Health and Human Services
c/o The Honorable Alberto R. Gonzalez
United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James L. Feldesman
Kathy S. Ghiladi
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., 2nd Floor
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

MAY - 8 2007

CLERK

_(signature)_

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)  DATE 5/14/07 by Certified mail

NAME OF SERVER (PRINT) Pamela Higdon    TITLE Secretary

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By U.S. Postal Service Certified mail Receipt No. 7003 1680 0000 8695 3576

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/23/07         *Pamela D. Higdon*
              Date              Signature of Server

Feldesman Tucker Leifer Fidell LLP
2001 L St., N.W., 2nd Fl.
Wash., DC 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7003 1680 0000 8695 3576**
Status: **Delivered**

Your item was delivered at 5:00 AM on May 14, 2007 in WASHINGTON, DC 20530.

[ Additional Details > ]  [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  [ Go > ]

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

