UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THREE LOWER COUNTIES COMMUNITY ) <br> HEALTH SERVICES, INC., on behalf of itself ) <br> and others similarly situated ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary ) <br> of Health and Human Services, ) <br> ) <br> Defendant. ) <br> _____) | Case No.1:07CV0844 (ESH) |

**DEFENDANT'S CONSENT MOTION FOR LEAVE
TO FILE MOTION FOR EXTENSION OF TIME**

Defendant, Michael O. Leavitt, Secretary of the Department of Health and Human Services ("the Secretary"), respectfully moves this Court for leave to file its consent motion for enlargement of time in the above-captioned matter. The motion is attached hereto. Plaintiffs, through counsel, have graciously consented to the requested relief. In support of this motion, the Defendant respectfully states as follows:

The Secretary's response to Plaintiffs' Complaint was due July 9, 2007. Fed. R. Civ. P. 12(a)(3). The Secretary's Office of General Counsel and the U.S. Attorney's Office received a copy of the Complaint filed in this matter, but due to some confusion regarding who would be representing the Secretary, the Secretary inadvertently failed to respond to complaint within the requisite period. On July 10, 2007, the undersigned counsel realized that the deadline for responding to Plaintiffs' Complaint had passed without the Secretary filing a request for an extension of time. The Office of General Counsel and various components within the

Department of Justice are now aware of the apparent mis-communication and are taking steps to remedy the situation, including assigning an attorney who will ultimately represent the Secretary in this matter.

The parties will not be prejudiced by the granting of leave to file Defendant's motion for enlargement of time, and there are no other previously scheduled deadlines in this case.

In any event, pursuant to Fed. R. Civ. P. 55(e), a default judgment may not be entered "against the United States or an officer or agency thereof unless the claimant establishes a claim or right to relief by evidence satisfactory to the court." Defendant submits that at this early stage Plaintiffs' complaint has not on its face demonstrated a right to relief.

Accordingly, Defendant respectfully requests leave to file the attached Motion For Enlargement of Time.

Dated: July 10, 2007                                  Respectfully submitted,


                                                      _____/s/_____
                                                      JEFFREY A. TAYLOR,
                                                      United States Attorney
                                                      D.C. Bar No. 498610


                                                      _____/s/_____
                                                      MEGAN L. ROSE
                                                      Assistant United States Attorney
                                                      NC Bar No. 28639
                                                      Civil Division
                                                      555 4th Street, N.W.
                                                      Washington, D.C.  20530
                                                      (202) 514-7220/FAX: (202) 514-8780

ROBERT W. BALDERSTON
U.S. Department of Health and Human Services
Office of the General Counsel
330 Independence Ave., S.W.
Cohen Building, Room 5309
Washington, D.C. 20201
(202) 619-3601/FAX: (202) 401-1405

Counsel for the Secretary

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THREE LOWER COUNTIES COMMUNITY HEALTH SERVICES, INC., on behalf of itself and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary of Health and Human Services,<br><br>Defendant. | Case No. 1:07CV0844 (ESH) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 30 days, up to and including August 8, 2007, within which to respond to Plaintiffs' Complaint.  In support of this Motion, Defendant states as follows:

1.  Pursuant to Local Civil Rule 7(m), on July 10, 2007, Defendant's counsel conferred with counsel for Plaintiffs via telephone.  Plaintiffs' counsel stated that Plaintiffs consent to the requested relief.

2.  The Secretary's response to Plaintiffs' Complaint was due by July 9, 2007.  Fed. R. Civ. P. 12(a)(3).

3.  Due to some apparent confusion regarding who would be representing the Secretary in this matter, the undersigned counsel inadvertently failed to file a timely response to the complaint.  On July 10, 2007, the undersigned realized that the deadline for responding to

Plaintiffs' Complaint had passed without the Secretary filing a request for an extension of time.

    4. The Office of General Counsel and various components of the Department of Justice are now aware of the apparent mis-communication and are taking steps to remedy the situation, including assigning an attorney to ultimately represent the Secretary in this matter.

    5. Accordingly, counsel will need the additional time in order to obtain critical information concerning the circumstances of this case and to prepare an appropriate response to Plaintiffs' Complaint. Thus, the Secretary respectfully requests an enlargement of time of 30 days, up to and including August 8, 2007, within which to respond to the Complaint.

    6. This is the first enlargement of time sought by either party in this case. If granted, this enlargement will not impact any other deadlines in this case since no scheduling order has yet been entered.

    7. This request is made in good faith and not for purposes of delay.

    A proposed Order is attached.


Dated: July 10, 2007                          Respectfully submitted,


                                                /s/
                                  JEFFREY A. TAYLOR,
                                  United States Attorney
                                  D.C. Bar No. 498610


                                                /s/
                                  MEGAN L. ROSE
                                  Assistant United States Attorney
                                  NC Bar No. 28639
                                  Civil Division
                                  555 4th Street, N.W.
                                  Washington, D.C. 20530
                                  (202) 514-7220/FAX: (202) 514-8780

ROBERT W. BALDERSTON
U.S. Department of Health and Human Services
Office of the General Counsel
330 Independence Ave., S.W.
Cohen Building, Room 5309
Washington, D.C. 20201
(202) 619-3601/FAX: (202) 401-1405

Counsel for the Secretary

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THREE LOWER COUNTIES COMMUNITY HEALTH SERVICES, INC., on behalf of itself and others similarly situated<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL O. LEAVITT, Secretary of Health and Human Services,<br><br>    Defendant. | Case No.1:07CV0844 (ESH) |

**ORDER**

Having considered Defendant's Motion For Leave to File the attached Consent Motion for Enlargement of Time to Respond to Plaintiffs' Complaint, and the entire record herein, it is this _____day of _____, 2007,

ORDERED that Defendant's Consent Motion for Leave to File Motion Enlargement of Time is hereby granted and the Consent Motion For Enlargement of Time shall be filed on the Court's docket; and it is

FURTHER ORDERED that Defendant's Consent Motion for Enlargement of Time is hereby granted. Defendant shall have up to and including August 8, 2007 to answer or otherwise respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE