UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THREE LOWER COUNTIES COMMUNITY HEALTH SERVICES, INC., on behalf of itself and others similarly situated<br><br>    Plaintiffs,<br><br> v.<br><br>MICHAEL O. LEAVITT, Secretary of Health and Human Services,<br><br>    Defendant. | Case No. 1:07CV0844 (ESH) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT**

  Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 30 days, up to and including August 8, 2007, within which to respond to Plaintiffs' Complaint.  In support of this Motion, Defendant states as follows:

  1.  Pursuant to Local Civil Rule 7(m), on July 10, 2007, Defendant's counsel conferred with counsel for Plaintiffs via telephone.  Plaintiffs' counsel stated that Plaintiffs consent to the requested relief.

  2.  The Secretary's response to Plaintiffs' Complaint was due by July 9, 2007.  Fed. R. Civ. P. 12(a)(3).

  3.  Due to some apparent confusion regarding who would be representing the Secretary in this matter, the undersigned counsel inadvertently failed to file a timely response to the complaint.  On July 10, 2007, the undersigned realized that the deadline for responding to

Plaintiffs' Complaint had passed without the Secretary filing a request for an extension of time.

4. The Office of General Counsel and various components of the Department of Justice are now aware of the apparent mis-communication and are taking steps to remedy the situation, including assigning an attorney to ultimately represent the Secretary in this matter.

5. Accordingly, counsel will need the additional time in order to obtain critical information concerning the circumstances of this case and to prepare an appropriate response to Plaintiffs' Complaint. Thus, the Secretary respectfully requests an enlargement of time of 30 days, up to and including August 8, 2007, within which to respond to the Complaint.

6. This is the first enlargement of time sought by either party in this case. If granted, this enlargement will not impact any other deadlines in this case since no scheduling order has yet been entered.

7. This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

Dated: July 10, 2007                             Respectfully submitted,


                                                  /s/
                                                 JEFFREY A. TAYLOR,
                                                 United States Attorney
                                                 D.C. Bar No. 498610


                                                  /s/
                                                 MEGAN L. ROSE
                                                 Assistant United States Attorney
                                                 NC Bar No. 28639
                                                 Civil Division
                                                 555 4th Street, N.W.
                                                 Washington, D.C. 20530
                                                 (202) 514-7220/FAX: (202) 514-8780

ROBERT W. BALDERSTON
U.S. Department of Health and Human Services
Office of the General Counsel
330 Independence Ave., S.W.
Cohen Building, Room 5309
Washington, D.C. 20201
(202) 619-3601/FAX: (202) 401-1405

Counsel for the Secretary