UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THREE LOWER COUNTIES COMMUNITY HEALTH SERVICES, INC. )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.,* )<br>)<br>*Defendants.* ) | Case No. 1:07-cv-00844 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO MOVE FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 23.1**

Plaintiffs, Three Lower Counties Community Services, Inc. *et al.*, hereby move for an extension of time in which to file their motion for class certification and in support of said motion state as follows:

1.   Local Rule 23.1(b) requires that a motion for class certification be submitted to the Court within 90 days after the filing of a complaint in a case sought to be maintained as a class action.

2.   On July 10, 2007, defendants moved for an extension of time in which to file their responsive pleading under Fed. R. Civ. P. 12. Their responsive pleading is now due August 8, 2007.

3.   Plaintiffs believe it serves the interests of efficiency and economy to file their motion for certification after defendants have filed their responsive pleading. Local Rule 23.1(b)

and the comment thereto contemplate that the Court may exercise its discretion and enlarge the 90 day period.

4. Undersigned counsel for plaintiffs has attempted to secure the consent of counsel for the defendants, but has not yet heard as to whether defendants would consent to the relief requested herein.

For the foregoing reasons, plaintiffs respectfully request that the time in which to file their Local Rule 23.1 motion for class certification be extended and that the due date for such a motion be 30 days following the filing of defendants' responsive pleading under Fed. R. Civ. P. 12.

Respectfully submitted,

_____
James L. Feldesman (D.C. Bar No. 023796)
Kathy S. Ghiladi (D.C. Bar No. 435484)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)

*Attorneys for Plaintiffs*

Date: August 2, 2007