UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THREE LOWER COUNTIES COMMUNITY HEALTH SERVICES, INC., *et al.* </br></br> *Plaintiff,* </br></br> v. </br></br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES., </br></br> *Defendans.* | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 1:07-cv-00844 (ESH) </br> ) </br> ) </br> ) </br> ) |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO OPPOSE DEFENDANT'S MOTION TO DISMISS**

Plaintiffs, Three Lower Counties Community Services, Inc. *et al.*, hereby move for an extension of time in which to file their opposition to defendant's Motion to Dismiss and in support of their motion state as follows:.

1. On August 8, 2007, defendant filed his Motion to Dismiss.

2. Plaintiffs' counsel in this matter are both scheduled to be on vacation in the latter part of August. This time out of the office, together with commitments in other ongoing cases, necessitate the need for this request.

3. Plaintiffs respectfully request that they be given until September 10, 2007 in which to submit their opposition to defendant's motion to dismiss.

4. On August 13, 2007, counsel for defendants, Assistant United States Attorney Megan L. Rose, graciously advised that defendant consents to the relief requested herein.

For the foregoing reasons, plaintiffs respectfully request that the time in which to file their opposition to defendant's Motion to Dismiss be extended until September 10, 2007.

Respectfully submitted,

*[signature]*

James L. Feldesman (D.C. Bar No. 023796)
Kathy S. Ghiladi (D.C. Bar No. 435484)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)

*Attorneys for Plaintiffs*

Date: August 13, 2007