UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THREE LOWER COUNTIES COMMUNITY ) <br> HEALTH SERVICES, INC., on behalf of itself ) <br> and others similarly situated ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary ) <br> of Health and Human Services, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:07CV0844 (ESH) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND TO STAY FILING OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

The Defendant, Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a one (1) week enlargement of time in which to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. The Secretary also respectfully moves this Court to stay the period of time in which the Secretary must file an Opposition to Plaintiff's Motion for Class Certification, pending this Court's disposition of the Secretary's previously filed Motion to Dismiss. Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on September 18, 2007 regarding the instant motion. Plaintiff, through counsel, has graciously consented to the proposed enlargement of time and proposed stay. In support of the instant motion, the Secretary states as follows:

1. On August 8, 2007, the Secretary filed a Motion to Dismiss in this matter, asserting that the this Court lacked subject matter jurisdiction over Plaintiff's claims, and that Plaintiff

failed to allege sufficient facts to establish standing. On September 7, 2007, Plaintiff filed a Motion for Class Certification and, on September 10, 2007, filed an Opposition to Defendant's Motion to Dismiss.

2. Defendant requires a one week enlargement of time to reply to Plaintiff's Opposition to his Motion to Dismiss so that counsel may thoroughly review Plaintiff's filings, consult with each other, and provide the Court with the most complete and most accurate statement of the Secretary's position regarding Plaintiff's Opposition to Defendant's Motion to Dismiss. Furthermore, Assistant United States Attorney, Charlotte Abel, has recently entered her appearance in this matter, which will require some additional time to allow her to review both the previous filings in this matter, and the Secretary's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. Therefore, the Secretary requests a one (1) week enlargement of time to file his Reply, up to and including September 27, 2007.

3. Subsequent to the Secretary filing his Motion to Dismiss Plaintiff's Complaint on jurisdictional and standing grounds, Plaintiff filed a Motion for Class Certification. See Docket No. 11. Counsel for the Secretary has conferred with counsel for Plaintiff and the parties respectfully offer that the resources of the Court and the parties would be better served by staying the Secretary's time in which to Oppose Plaintiff's Motion for Class Certification, and any subsequent briefing, pending this Court's disposition of the Secretary's Motion to Dismiss.[1]

4. Every court has the "inherent" power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for the litigants." Landis v.

---

[1] Should the issue of Class Certification become intertwined with other issues in the Motion to Dismiss (for example, the standing argument), the parties represent that they are willing and able to brief such issues.

North American Co., 299 U.S. 248, 254 (1936); accord Mediterranean Enterprises, Inc. v. Ssangyong Corp., 708 F.2d 1458, 1465 (9th Cir. 1983) ("The trial court possesses the inherent power to control its own docket and calendar."). The Local Rules of this Circuit likewise provide that, in ruling upon a Motion for Class Certification, the Court "may order that a ruling be postponed pending discovery or other appropriate preliminary proceedings." LCvR 23.1(b).

5. These requests are made in good faith and not for purposes of delay.

6. This is the first request made to enlarge the period of time in which to file a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, and the first request made to stay the time in which the Secretary may file an Opposition to Defendant's Motion for Class Certification.

7. There are no other previously scheduled deadlines in this case.

8. A proposed order is attached.

                                        Respectfully submitted,

                                        /s/
                                      JEFFREY A. TAYLOR
                                      United States Attorney
                                      D.C. Bar No. 498610

                                        /s/
                                      CHARLOTTE A. ABEL
                                      Assistant United States Attorney
                                      D.C. Bar No. 388582
                                      Civil Division
                                      555 4th Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 307-2332
                                      Facsimile: (202) 514-8780

                                          /s/
_____
ROBERT BALDERSTON
Attorney
U.S. Department of Health and
      Human Services
Office of the General Counsel
Room 5309, Cohen Bldg.
330 Independence Ave, SW
Washington, DC 20201
(202) 619-3601
Facsimile: (202) 401-1405

_____
Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THREE LOWER COUNTIES COMMUNITY<br>HEALTH SERVICES, INC., on behalf of itself<br>and others similarly situated<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL O. LEAVITT, Secretary<br>of Health and Human Services,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:07CV0844 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**[Proposed] ORDER**

Having considered Defendant's Consent Motion for Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, and to Stay Filing Defendant's Opposition to Plaintiff's Motion for Class Certification, and the entire record herein, it is this

_____day of _____, 2007,

ORDERED that Defendant's Consent Motion for Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, and to Stay Filing Defendant's Opposition to Plaintiff's Motion for Class Certification is hereby granted. Defendant shall have up to and including September 27, 2007 to file his Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss; and it is

FURTHER ORDERED that Defendant's Consent Motion to Stay Filing Defendant's Opposition to Plaintiff's Motion for Class Certification pending this Court's disposition of the Secretary's Motion to Dismiss is hereby granted.

_____
United Stated District Judge