UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THREE LOWER COUNTIES COMMUNITY HEALTH SERVICES INC., ) ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, ) ) ) ) Defendants. ) ) | Civil Action No. 07-0844 (ESH) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, defendants' Motion to Dismiss [# 9] is **GRANTED** and it is hereby **ORDERED** that the above-captioned case is dismissed without prejudice.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 9, 2007