UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THREE LOWER COUNTIES COMMUNITY ) <br> HEALTH SERVICES, INC., on behalf of itself ) <br> and others similarly situated ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary ) <br> of Health and Human Services, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:07CV0844 (ESH) |

**CONSENT MOTION TO EXTEND TIME**
**TO RESPOND TO MOTION, *NUNC PRO TUNC***

The Defendant, Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for an enlargement of time, *nunc pro tunc*, in which to file a response to plaintiff's motion for reconsideration. Defendant's response was due on or before November 2, 2007.

This Court dismissed this case for lack of subject matter jurisdiction on October 9, 2007. Plaintiff moved for reconsideration on October 19, 2007. Undersigned defense counsel received notice of the filing of the motion via the court's electronic case filing system, but regrettably failed to access the motion in a timely manner or to note the date for a response, due to the mistaken belief that agency counsel had been notified and would apprise defense counsel of any filing deadlines. Defense counsel later learned that agency counsel had not received notice and was unaware that the motion had been filed. Defendant has taken action to rectify this situation to avoid further omissions.

Pursuant to Local Rule 7(m), the undersigned assistant, Charlotte Abel, contacted Plaintiff's counsel on November 7, 2007 regarding the instant motion. Plaintiff's counsel consents to this motion.

Defendant requests an enlargement of time, *nunc pro tunc*, until Tuesday, November 13, 2007, (Monday being a holiday), to respond to plaintiff's motion for reconsideration. This request is made in good faith and not for purposes of delay. A proposed order is attached.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


  /s/
CHARLOTTE A. ABEL
Assistant United States Attorney
D.C. Bar No. 388582
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332
Facsimile: (202) 514-8780

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THREE LOWER COUNTIES COMMUNITY<br>HEALTH SERVICES, INC., on behalf of itself<br>and others similarly situated<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL O. LEAVITT,  Secretary<br>of Health and Human Services,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:07CV0844 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**[Proposed] ORDER**

Having considered Defendant's Consent Motion for Enlargement of Time to Respond to Plaintiff's Motion for Reconsideration, and the entire record herein, it is this _____day of _____, 2007,

ORDERED that Defendant's Motion for Enlargement of Time, *nunc pro tunc*, to Respond to Plaintiff's Motion for Reconsideration is hereby granted.  Defendant shall have up to and including November 13, 2007 to file his Response to Plaintiff's Motion for Reconsideration.

_____
United Stated District Judge