UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THREE LOWER COUNTIES COMMUNITY HEALTH SERVICES, INC., on behalf of itself and others similarly situated<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL O. LEAVITT,  Secretary of Health and Human Services,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:07CV0844 (ESH)<br>)<br>)  **ECF**<br>)<br>)<br>)<br>) |

## **PRAECIPE**

Defendant requests that the Clerk of the Court enter the appearance of Robert W. Balderston, as additional counsel for Defendant in the above-captioned case.

                                          Respectfully submitted,

                                          _____/S/_____
                                          ROBERT W. BALDERSTON
                                          Attorney
                                          U.S. Department of Health and Human Services
                                          Office of the General Counsel
                                          Room 5309, Cohen Building
                                          330 Independence Avenue, S.W.
                                          Washington, D.C.  20201
                                          (202) 619-3601

OF COUNSEL:

DANIEL MERON
General Counsel

CAROL BENNETT
Acting Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel
   for Litigation

U.S. Department of Health and Human Services