UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THREE LOWER COUNTIES<br>COMMUNITY HEALTH SERVICES, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. Action No. 07-0844 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Charlotte A. Abel.

Dated: December 6, 2007    Respectfully submitted,

                /s/
               CHARLOTTE A. ABEL, D.C. Bar No. 388582

                /s/
               CHRISTOPHER B. HARWOOD
               N.Y. Bar No. 4202982
               Assistant United States Attorney
               United States Attorney's Office
               Civil Division
               555 4th Street, N.W.
               Washington, D.C. 20530
               (202) 307-0372