UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THREE LOWER COUNTIES COMMUNITY HEALTH )
SERVICES, INC., *et al.*, )
)
)
    *Plaintiffs*, )
)
)
v. )   Case No. 1:07-cv-00844
)
U.S. DEPARTMENT OF HEALTH AND HUMAN )
SERVICES, *et al.*, )
)
)
    *Defendants.* )

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs, Three Lower Counties Community Services, Inc. ("TLC") *et al.*, hereby provide notice that they appeal to the United States Court of Appeals for the District of Columbia Circuit the November 26, 2007 Memorandum Opinion and Order denying plaintiffs' motion for reconsideration of the October 9, 2007 Memorandum Opinion granting summary judgment in defendant's favor.

December 26, 2007

Respectfully submitted,

_____
James L. Feldesman (D.C. Bar No. 023796)
Kathy S. Ghiladi (D.C. Bar No. 435484)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

This is to certify that on the 26th day of December, 2007, I caused a true and correct copy of the foregoing Notice of Appeal to be sent via first class mail, postage prepaid to:

CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

_____
Kathy S. Ghiladi